# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM BRANDS, INC.; HOME DEPOT U.S.A., INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case No. 1:20-cv-00365-DAD-BAM**<br><br>**ORDER RE STIPULATION TO CONTINUE DISCOVERY DEADLINES** |

On July 13, 2021, the parties filed a stipulation to extend the discovery and pretrial dates and deadlines in the Scheduling Conference Order by approximately 60 days. (Doc. 30.) The parties agree that good cause exists to modify the deadlines due to events since the Court's entry of the Order Continuing Discovery and Pretrial Deadlines (Doc. 28), including defense counsel's difficulties in completing discovery in light of his trial calendar and his clients' return to work after the COVID-19 pandemic. No party reportedly will be prejudiced by the granting of the requested 60-day continuance of the discovery and pretrial deadlines. The parties propose modification of the deadlines for non-expert discovery, expert disclosure, supplemental expert disclosure, expert discovery and pretrial motions, while keeping the March 21, 2022 pretrial conference date. (*Id.*)

Having considered the parties' stipulation, and cause appearing, the request to modify the discovery deadlines is GRANTED. The Scheduling Conference Order is MODIFIED as follows:

| | |
|---|---|
| Non-expert Discovery Cut-off: | October 4, 2021 |
| Expert Disclosure: | November 8, 2021 |
| Supplemental Expert Disclosure: | December 20, 2021 |
| Expert Discovery Cutoff: | February 7, 2022 |
| Pretrial Motion Filing Deadline: | March 21, 2022 |

The parties' proposal to retain the existing Pretrial Conference date is not compatible with the modified discovery and pretrial dates. Further, the date has recently been designated as a federal holiday. Accordingly, the Scheduling Conference Order is further MODIFIED as follows:

| | |
|---|---|
| Pretrial Conference: | **August 29, 2022** <br>**1:30 p.m.**<br>**Courtroom 5 (DAD)** |

IT IS SO ORDERED.

Dated: **July 14, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2
**ORDER**