UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SPECTRUM BRANDS, INC.; HOME DEPOT U.S.A., INC.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.  1:20-cv-00365-DAD-BAM<br><br>**ORDER REGARDING THIRD STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>(Doc. 32) |

On November 8, 2021, the parties filed a third stipulation to amend the Scheduling Conference Order. (Doc. 32.) The parties request an extension of the discovery and pre-trial deadlines in this action because Plaintiff has yet to receive documents defense counsel advised would be produced on July 12, 2021.  Plaintiff likewise has not responded to written discovery propounded by defendants. Defendants report that the discovery delays were caused by "various complications associated with the COVID-19 pandemic, as well as health and family issues, professional deadlines, and other scheduling issues experienced by defense counsel—which have been resolved." (*Id.* at ¶ 6.) Accordingly, the parties stipulate and request that the Court continue the pretrial dates and deadlines in this matter, including the non-expert discovery deadline, which expired on October 4, 2021.

///

Requests for Court-approved extensions brought on or after the required deadline are looked upon with disfavor.  *See* Fed. R. Civ. P. 6; L. R. 144(d).  In this instance, the parties fail to adequately explain why they were unable to seek the requested modification prior to expiration of the non-expert discovery deadline.  They also have failed to identify when Defendants' discovery delays were resolved.  Nevertheless, because the parties have been unable to complete non-expert discovery, the Court finds cause to grant the requested modification.  Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").  Accordingly, the Scheduling Conference Order is MODIFIED as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff: | January 4, 2022 |
| Expert Disclosure: | February 8, 2022 |
| Supplemental Expert Disclosure: | March 21, 2022 |
| Pretrial Motion Filing Deadline: | June 21, 2022 |

The parties' proposal to continue the Pretrial Conference to October 29, 2022, is not compatible with the Court's calendar.  The date selected is a Saturday.  Accordingly, the Scheduling Conference Order is FURTHER MODIFIED as follows:

| | |
|---|---|
| Pretrial Conference: | October 31, 2022<br>1:30 p.m.<br>Courtroom 5 (DAD) |

The parties are cautioned that further modifications of the Scheduling Conference Order will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **November 9, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2