UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SPECTRUM BRANDS, INC.; HOME DEPOT U.S.A., INC.; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.  1:20-cv-00365-DAD-BAM<br><br>**ORDER REGARDING FOURTH STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>(Doc. 36) |

On January 3, 2022, the parties filed a fourth stipulation to amend the Scheduling Conference Order. (Doc. 36.)  The parties request an extension of the discovery and pre-trial deadlines in this action because Defendants Spectrum Brands, Inc. and Home Depot U.S.A., Inc. ("Defendants") responded to Plaintiff Rogelio Sanchez's ("Plaintiff") discovery and documents requests on November 24, 2021, and Plaintiff needs additional time to complete "the PMQ depositions for defendants."  (*Id.* at ¶ 6.)  Plaintiff anticipates that those depositions should be completed within the next 60-90 days.  (*Id.*)  As indicated in the parties' prior stipulation, Defendants report that the discovery delays were caused by "various complications associated with the COVID-19 pandemic, as well as health and family issues, professional deadlines, and other scheduling issues experienced by defense counsel—which have been resolved."  (*Id.* at ¶ 7.)  Defendants' counsel "is confident that all outstanding fact discovery will be completed by April

1

4, 2022." (*Id.*)  The parties therefore stipulate and request that the Court continue the pretrial dates and deadlines in this matter, including the non-expert discovery deadline, which expires on January 4, 2022.

In light of the delays, and because the parties have been unable to complete non-expert discovery, the Court finds cause to grant the requested modification.  Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").  Accordingly, the Scheduling Conference Order is MODIFIED[1] as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff: | April 4, 2022 |
| Expert Disclosure: | **May 9, 2022** |
| Supplemental Expert Disclosure: | June 21, 2022 |
| Expert Discovery Cutoff: | **August 8, 2022** |
| Pretrial Motion Filing Deadline: | **August 22, 2022** |

The parties' proposal to continue the Pretrial Conference to November 29, 2022, is not compatible with the Court's calendar.  Accordingly, the Scheduling Conference Order is FURTHER MODIFIED as follows:

Pretrial Conference:     **November 28**, **2022**
                         1:30 p.m.
                         Courtroom 5 (DAD)

The parties are cautioned that further modifications of the Scheduling Conference Order will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **January 4, 2022**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1]   As appropriate, proposed dates falling on a weekend have been modified to the next available business day.

2