UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>Defendants. | Case No. 1:20-cv-00365-DAD-EPG<br><br>ORDER RE: JOINT STATUS REPORT AND STIPULATED MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER<br><br>(ECF No. 45) |

On April 13, 2022, the Court held a status conference in this matter. (*See* ECF No. 44). At the conference, the Court discussed the status of the case and the parties' joint status report and stipulated motion to amend the scheduling conference order. (*See* ECF No. 46). Specifically, the Court noted that the parties' proposed revised scheduling deadlines were acceptable, subject to some alteration due to the need to allow sufficient time between the pretrial-motion deadline and the pretrial-conference date. Additionally, the parties discussed potential settlement efforts in the future, with the Court directing them to contact the Court's Courtroom Deputy to alert the Court as to their decision to engage in mediation or participate in a settlement conference. (ECF No. 46) Lastly, because the parties' joint status report states that they "met and conferred and resolved all issues with the written discovery" (*id.* at 2), the Court will direct the Clerk to terminate as pending Plaintiff's motion to compel (ECF No. 38).

///

1

Having considered the parties' stipulated motion to amend the scheduling conference order (ECF No. 45), the motion is granted, and the scheduling order, as amended, (ECF Nos. 26, 28, 31, 33) is further modified as follows:

| Deadline/Date Type | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Non-expert Discovery Cutoff | January 4, 2022 | May 31, 2022 |
| Expert Disclosure | February 8, 2022 | June 30, 2022 |
| Supplemental/Rebuttal Expert Disclosure | March 21, 2022 | August 30, 2022 |
| Expert Discovery Cutoff | February 7, 2022 | September 15, 2022 |
| Pretrial/*Daubert* Motion Filing Deadline | June 21, 2022 | October 31, 2022[1] |
| Pretrial Conference | October 31, 2022 | April 10, 2023, at 1:30 p.m. in Courtroom 5 (DAD) |
| Trial | None | June 14, 2023, at 8:30 a.m. in Courtroom 5 (DAD) |

Additionally, the Clerk of Court is respectfully directed to terminate as pending on the docket Plaintiff's motion to compel (ECF No. 38).

IT IS SO ORDERED.

Dated:   **April 13, 2022**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The parties propose October 30, 2022, but that date is a Sunday.

2