UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>  Defendants. | Case No. 1:20-cv-00365-ADA-EPG<br><br>ORDER RE: STATUS CONFERENCE, MODIFYING THE CASE SCHEDULE<br><br>(ECF No. 52) |

On October 24, 2022, the Court held a status conference in this matter. (*See* ECF No. 52). At the conference, the Court discussed the status of the case, including the cancellation of the planned settlement conference due to defense counsel's notification that it would not be fruitful. The parties were reminded of the necessity of having a settlement conference or private mediation before the pretrial conference. Additionally, at the parties' request, the Court agreed to modify the case schedule to conduct further limited discovery and to continue the trial set for June 14, 2023.

Accordingly, IT IS ORDERED that the scheduling order, as amended, (ECF Nos. 26, 28, 31, 33, 37, 47) is further modified as follows:

///

///

///

1

| **Deadline/Date Type** | **Current Deadline/Date** | **New Deadline/Date** |
|---|---|---|
| Non-expert Discovery Cutoff, *for the limited purpose of conducting two "PMK" depositions of deponents that Defendants will provide* | May 31, 2022 | December 14, 2022 |
| Expert Discovery Cutoff, *for the limited purpose of deposing all expert witnesses* | September 15, 2022 | February 1, 2023 |
| Pretrial/*Daubert* Motions, *for the limited purpose of filing Daubert motions* | October 31, 2022 | February 24, 2023 |
| Pretrial Conference | No alteration | April 10, 2023, at 1:30 p.m. in Courtroom 1 (ADA) |
| Trial | June 14, 2023 | July 25, 2023, at 8:30 a.m. in Courtroom 1 (ADA) |

1. Further, the parties are advised that this matter was reassigned to District Judge Ana de Alba on August 24, 2022. (ECF No. 51).
2. The parties are directed to review her standing order, which is available at: https://www.caed.uscourts.gov/caednew/assets/File/ADA%20Standing%20Order%208242022.pdf
3. Among other things, this order requires the parties "to file a Joint Pretrial statement seven days (7) before the Final Pretrial Conference hearing date," with the Joint Pretrial statement being emailed as a Microsoft Word document to adaorders@caed.uscourts.gov.

\\\
\\\
\\\
\\\

2

4. Under the existing scheduling order, the deadline to file motions in limine, among other filings, will be set at the pretrial conference. (ECF No. 26, p. 5).

IT IS SO ORDERED.

Dated: **October 25, 2022**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

3