UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>Defendants. | Case No.   1:20-cv-00365-ADA-EPG<br><br>ORDER RE: STATUS CONFERENCE, MODIFYING THE CASE SCHEDULE<br><br>(ECF Nos. 61, 62) |

      In the Court's last order modifying the case schedule, the Court set a pretrial conference for July 10, 2023 and a trial for October 3, 2023. (ECF No. 61). Since then, the parties have informed the Court that they plan to participate in a private mediation by the end of July 2023. Additionally, Plaintiff has filed a motion for evidentiary sanctions, which is set to be heard before the undersigned on June 30, 2023, at 10 a.m. (ECF No. 62).

      Given these circumstances, the Court finds it prudent to continue the pretrial conference and trial dates.

      Accordingly, IT IS ORDERED as follows:

1. The July 10, 2023 pretrial conference is continued to August 28, 2023, at 1:30 p.m. before District Judge Ana de Alba. The parties are reminded to file a Joint Pretrial statement seven days (7) before the Final Pretrial Conference hearing date, with the Joint Pretrial

1

statement being emailed as a Microsoft Word document to adaorders@caed.uscourts.gov.

2. The October 3, 2023, trial is continued to October 31, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**May 26, 2023**__    /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE