UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ, | Case No. 1:20-cv-00365-ADA-EPG |
| Plaintiff, | ORDER RESETTING CONTINUED SETTLEMENT CONFERENCE AND PARAMETERS |
| v. | |
| SPECTRUM BRANDS, INC. and HOME DEPOT USA, INC., | **Settlement Conference: October 6, 2023** |
| Defendants. | |

On August 25, 2023, Magistrate Judge Helena Barch-Kuchta held a settlement conference in this matter. (Doc. No. 81). Due to a conflict with plaintiff's counsel's schedule, the conference concluded by 12:00 P.M. and the undersigned continued the settlement conference to November 17, 2022. (*Id*.). Considering the Pretrial Conference currently set for October 30, 2022 (Doc. No. 75), the undersigned advances the date for the continued settlement conference to **October 6, 2023 at 9:00 A.M.** The Court again has reserved the entire day for this settlement conference and expects the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible.

**PRESETTLEMENT EXCHANGE OF DEMAND AND OFFER**

The Court finds the settlement conference in this matter is more likely to be productive if, before the conference, the parties exchange written settlement proposals. Thus, no later than September 15, 2023, plaintiff's counsel shall submit a written itemization of damages and a current settlement demand to defendants' counsel with a brief explanation of why such a demand is reasonable and appropriate. No later than September 29, 2023, defendants' counsel shall submit a current written offer to plaintiff's counsel with a brief explanation of why the offer is reasonable and appropriate. On occasion, this process will lead directly to settlement. *If settlement is not achieved, the parties shall include their respective demand and offer letters with their Settlement Conference Statement described below.*

Dated:   September 1, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE