UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>SPECTRUM BRANDS, INC.; HOME DEPOT U.S.A., INC.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 1:20-cv-00365-ADA-EPG<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. No. 85)<br><br>CONTINUED TO:<br>DECEMBER 8, 2023 at 10:00A.M. |

On September 22, 2023, Plaintiff ROGELIO SANCHEZ ("Plaintiff") filed a Motion to Continue Settlement Conference. (Doc. No. 85). Plaintiff requests the settlement conference scheduled for October 6, 2023 be continued on the grounds that: (1) Plaintiff's counsel of record, Mr. H. Gavin Long, Esq., is currently engaged in a trial that will last approximately 6-7 weeks, and is therefore unavailable for the Settlement Conference on October 6, 2023; (2) all Parties have agreed to this continuance and are available on the two alternative dates provided by the Court; and (3) the Parties will not be prejudiced by this continuance because there is ample time for meaningful settlement discussions to take place in December before the Pretrial Conference in February. (*Id.*).

On the Court's own motion, and pursuant to Local Rule 230(g), the hearing scheduled for October 11, 2023 on Plaintiff's Motion (Doc. No. 85) is VACATED as the Motion is unopposed.

Accordingly, it is ORDERED:

1. The Court VACATES the October 11, 2023 hearing on Plaintiff's Motion to Continue Settlement Conference.

2. Plaintiff's Motion to Continue Settlement Conference (Doc. No. 85) is GRANTED, and the October 6, 2023 Settlement Conference will be CONTINUED to **December 8, 2023 at 10:00 A.M.**

Dated:   September 25, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copy: Patricia Apodaca