UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANCHEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>                Defendants. | Case No. 1:20-cv-00365-NODJ-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 92) |

On January 4, 2024, the parties filed a joint stipulation, dismissing this action with prejudice, and with each party to bear their own costs. (ECF No. 92). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own costs.

Accordingly, the Clerk of Court is respectfully directed to assign a District Judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:   **January 6, 2024**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1